USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD DIMANCHE,

                Plaintiff,

      -against-

EQUIFAX INFORMATION SERVICES LLC;
TRANSUNION, LLC; EXPERIAN
INFORMATION SOLUTIONS INC;
PORTFOLIO RECOVERY ASSOCIATES
LLC; FLAGSTAR BANK,

                Defendants.

22-CV-2389 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Equifax Information Services LLC; Transunion, LLC; Experian Information Solutions Inc.; and Portfolio Recovery Associates LLC.[1] Plaintiff is directed to serve the summons and complaint on each of these Defendants within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served those Defendants or requested an extension of time to do so, the Court may dismiss the claims against those Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    April 13, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge

---

[1] Defendant Flagstar Bank has already appeared through counsel.