UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD DIMANCHE,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS LLC, PORTFOLIO RECOVERY ASSOCIATES LLC, and FLAGSTAR BANK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 2389 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, July 19, 2022, the Court orders as follows:

1. By **Wednesday, September 14, 2022**, the parties shall serve any third-party subpoenas.

2. By **Monday, August 15, 2022**, the parties shall serve Requests for Production, and responses shall be due by **Wednesday, September 14, 2022**.

3. Non-Expert Depositions shall be completed by **Friday, October 14, 2022**, and no party is permitted to take more than three (3) depositions.

4. All fact discovery shall be complete by **Friday, November 18, 2022**, and the parties shall file a joint status letter certifying the completion of fact discovery by **Monday, November 28, 2022**.

5. Expert reports shall be served by served by **Monday, December 19, 2022**.

6. Expert Depositions shall be completed by **Wednesday, January 18, 2023**.

7. All expert discovery shall be complete by **Wednesday, January 18, 2023**, and the parties shall file a joint status letter certifying the completion of all discovery by **Wednesday, January 25, 2023**.

8. A telephonic status conference is scheduled for **Wednesday, October 19, 2022 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
July 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2