UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD DIMANCHE,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS LLC, PORTFOLIO RECOVERY ASSOCIATES LLC, and FLAGSTAR BANK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 2389 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has been advised that all Defendants have settled with Plaintiff. (See ECF Nos. 53; 56; 60; see also ECF min. entry Oct. 11, 2022). Accordingly, the discovery status conference scheduled for Wednesday, October 19, 2022 at 12:00 p.m. is ADJOURNED sine die.

By **Monday, October 14, 2022**, the parties shall file their respective stipulations of dismissal for the review and endorsement of the Honorable Ronnie Abrams.

Dated: New York, New York
       October 17, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**