UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD DIMANCHE,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS LLC, PORTFOLIO RECOVERY ASSOCIATES LLC, and FLAGSTAR BANK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 2389 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's order on October 17, 2022, directing the parties to file their respective stipulations of dismissal for the review and endorsement of the Honorable Ronnie Abrams (the "Stipulations"), contained a typographical error. (ECF No. 61 (the "October 17 Order")). In the October 17 Order, the parties were directed to file the Stipulations by Monday, October 14, 2022. (Id.) Instead, by **Monday, November 14, 2022**, the parties shall file the Stipulations.

Dated: New York, New York
       October 18, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**