UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONRAD DIMANCHE,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS LLC, PORTFOLIO RECOVERY ASSOCIATES LLC, and FLAGSTAR BANK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 2389 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 18, 2022, the Court directed the parties to file their respective stipulations of dismissal for the review and endorsement of the Honorable Ronnie Abrams (the "Stipulations"). (ECF No. 62). To date, the Stipulation as to Defendant Portfolio Recovery Associates LLC ("Portfolio Recovery") has not been filed. Accordingly, by **Tuesday, November 22, 2022**, the parties shall file the Stipulation as to Portfolio Recovery.

Dated: New York, New York
       November 15, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**